No. 675. PIEDMONT & GEORGES CREEK COAL COMPANY v. SEABOARD FISHERIES COMPANY, CLAIMANT, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. J. Parker Kirlin, Mr. John M. Woolsey* and *Mr. F. C. Nicodemus, Jr.,* for petitioner. *Mr. Royall Victor* for respondent.

---

No. 700. COLEMAN J. WARD ET AL. v. BOARD OF COUNTY COMMISSIONERS OF LOVE COUNTY, OKLAHOMA. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma granted. *Mr. John Emerson Bennett* for petitioners. No appearance for respondent.

---

No. 584. ESTATE OF P. D. BECKWITH, INC., v. COMMISSIONER OF PATENTS. November 4, 1918. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Harry C. Howard* for petitioner. No appearance for respondent.

---

No. 649. ALVAH CROCKER ET AL., TRUSTEES, v. JOHN F. MALLEY, COLLECTOR OF INTERNAL REVENUE. November 4, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Felix Rackemann* for petitioners. No appearance for respondent.

---

No. 682. BESSIE TYRRELL, ETC., ET AL. v. CHARLES B. SHAFFER ET AL. November 4, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Okla-